IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY L. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-297E |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| ROBERT WILKIE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Although Plaintiff timely has filed an Amended Complaint (Doc. 12), the amended pleading, again, does not comply with Federal Rule 8. Having carefully reviewed Plaintiff's filing, moreover, the Court is unable to discern plausible allegations demonstrating a viable claim for employment discrimination; or for violations of the various constitutional, statutory or other legal precepts haphazardly-referenced therein.

Stated in the simplest possible terms, the Court does not understand what Plaintiff is alleging, beyond the fact that he used to work at a Veterans Affairs medical facility, his employment was terminated and he is unhappy with that decision. To the extent that the Plaintiff has attempted to describe the circumstances surrounding his termination, the Court cannot understand his allegations to a degree that it may determine a legal-framework to apply, let alone to test the sufficiency of his allegations.

The Court previously explained to Plaintiff these deficiencies, allowed him an opportunity for amendment and directed that he make "last, best efforts to comply with Rule 8, and to state claim(s) upon which relief properly may be granted." Doc. 10 at 2. There has been little (if any)

improvement, and the Court has no reason to conclude that additional amendment will remedy the situation.

For these reasons, and consistent with the Court's Order dated October 16, 2020 (Doc. 10), the case now is dismissed with prejudice, and a Rule 58 judgment order will issue.

IT IS SO ORDERED.

October 28, 2020                                                          s/Cathy Bissoon
                                                                          Cathy Bissoon
                                                                          United States District Judge

cc (via First-Class U.S. Mail):

Corey L. Harris
965 East 31st Street
Erie, PA  16504